UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NORMAN SANDERS (#197433)             CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.             NO.: 14-00216-BAJ-RLB

## RULING AND ORDER

Before the Court is an **Objection to Denial of Motion to Stay and Motion for Leave for Discovery (Doc. 42)** filed by *pro se* Plaintiff Norman Sanders ("Plaintiff"). Having carefully reviewed the Magistrate Judge's Order (Doc. 40) in light of the record and the applicable law, the Court finds Plaintiff's objections thereto to be meritless for all of the reasons stated therein.

Accordingly, Plaintiff's **Objection to Denial of Motion to Stay and Motion for Leave for Discovery (Doc. 42)** is **DENIED**.

Baton Rouge, Louisiana, this 23rd day of February, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**