UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NORMAN SANDERS                                          CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                         NO.: 14-00216-BAJ-RLB

## RULING AND ORDER

On February 9, 2016, the Magistrate Judge recommended that "the defendants' Motion for Summary Judgment be granted as to the plaintiff's claim of retaliation pertaining to his transfer to Camp D in August of 2014, and that the claim be dismissed with prejudice." (Doc. 46 at p. 5). Plaintiff Norman Sanders ("Plaintiff") objects to the Magistrate Judge's recommendation insofar as it dismisses his claim with prejudice rather than without. (*See* Doc. 53).

The Court, having carefully reviewed the record and the applicable law, **APPROVES** and **ADOPTS** the **Report and Recommendation (Doc. 46)** with one point of clarification. Plaintiff's retaliation claim is dismissed with prejudice only to his right to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(d). *See Underwood v. Wilson*, 151 F.3d 292, 296 (5th Cir. 1998). Put another way, Plaintiff is free to later "bring a paid complaint raising the same allegations." *See Irvine v. Fernald*, 125 F. App'x 588, 589 (5th Cir. 2005).

Accordingly,

**IT IS ORDERED** that Defendants' **Motion for Partial Summary Judgment on Plaintiff's Amended Complaint (Doc. 31)** is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's retaliation claim, (Doc. 10 at ¶ 3), is **DISMISSED WITH PREJUDICE** only to his right to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(d).

Baton Rouge, Louisiana, this 28th day of March, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA